IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND, NORTHERN DIVISION

DONNA F. COLLINS, et al.,  \*

    Plaintiffs,  \*

       v.                                CIVIL NO.: WDQ-13-0532

WAL-MART STORES EAST,
    L.P., et al.,  \*

    Defendants.  \*

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

ORDER

For the reasons discussed in the accompanying Memorandum Opinion, it is, this 12th day of February, 2014, ORDERED that:

1.   The defendants' motion for summary judgment (ECF No. 13), BE, and HEREBY IS, DENIED;

2.   The Clerk of the Court shall send copies of this Memorandum Opinion and Order to counsel for the parties.

                                              /s/ _____
                                              William D. Quarles, Jr.
                                              United States District Judge