IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DONNA F. COLLINS, et. al., | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | CASE NO.:   1:13-cv-00532-WDQ |
| | : | |
| WAL-MART STORES EAST, LP, et. al | : | |
| | : | |
| Defendants | : | |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

To the Clerk:

The Parties have settled the referenced case, payment has been made and the settlement agreement has been executed. The Parties now request that all claims be dismissed with prejudice.

Respectfully submitted,

LOUIS G. CLOSE, III, ESQUIRE          DeCARO, DORAN, SICILIANO,
                                       GALLAGHER & DeBLASIS, LLP


       /s/                                    /s/
Louis G. Close, III                    Warren D. Stephens
403 Central Avenue                     17251 Melford Boulevard, Suite 200
Towson, Maryland 21204                 Bowie, Maryland 20715
(410) 296-3606                         (301) 352-4950
*Counsel for Plaintiffs*               *Counsel for Defendants*

I:\Common\WP\L3\WDS\Collins v Wal-Mart\Closing Docs\Stipulation of Dismissal.wpd.